# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1719. DAVID BROWN et al v. WESTCO GENERAL CONTRACTING, LLC.

On June 15, 2023, David and Tatiana Brown, the defendants in this civil action, filed a notice of appeal from the trial court's May 15, 2023 order dismissing their counterclaim and the complaint of the plaintiff, Westco General Contracting, LLC.

We lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). The defendants filed this appeal 31 days after entry of the trial court's order. Accordingly, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/28/2023*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*